**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN LANOUE,

Plaintiff

v.

WASHOE COUNTY SHERIFF'S OFFICE, et al.,

Defendants

Case No.: 3:26-cv-00465-MMD-CSD

**Order**

Re: ECF No. 8

Plaintiff sent a letter to the court requesting the status of this case. (ECF No. 8.)

Plaintiff is advised that in the future, all communications with the court must be styled as a motion, stipulation or notice, and must be filed in the court's docket and served on all other attorneys or pro se parties. The court may strike any case-related correspondence filed in the court's docket not styled as a motion, stipulation or notice. LR IA 7-1.

On August 4, 2026, the court issued an order granting Plaintiff's application to proceed *in forma pauperis* (IFP) and screening the complaint. The court allowed Plaintiff to proceed with a Fourteenth Amendment conditions of confinement claim against defendants Obritsch and Kodal (identified in ECF No. 6 by Plaintiff as Kodai and not Kodal). The Court directed the Clerk to issues summonses for these defendants and deliver them to the U.S. Marshal for service. In addition, Plaintiff was sent two USM-285 forms, and was given 30 days to provide the U.S. Marshal the completed USM-285 forms for each defendant. (ECF No. 3.)

It appears that Plaintiff filed the USM-285 forms with the court instead of sending them to the U.S. Marshal as directed (ECF No. 6 at 3-4.) As such, service has not yet been attempted by the U.S. Marshal.

The Clerk shall kindly **SEND** the USM-285 forms filed at ECF No. 6 at 3-4 to the U.S. Marshal, along with a copy of this Order, as well as sufficient copies of the summonses, complaint (ECF No. 4) and screening order (ECF No. 3) to attempt service on defendants Obritsch and Kodai.

Plaintiff will be given another 60 days, until **January 8, 2027**, to complete service. If service is not timely completed, the defendant(s) may be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: November 9, 2026

Craig S. Denney
United States Magistrate Judge