**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN LANOUE,

Plaintiff

v.

WASHOE COUNTY SHERIFF'S OFFICE, et al.,

Defendants

Case No.: 3:26-cv-00465-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

On November 5, 2026, and November 10, 2026, mail sent to Plaintiff at his recently updated address of record was returned as undeliverable. (ECF Nos. 9, 11.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: November 10, 2026

Craig S. Denney
United States Magistrate Judge