**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHN LANOUE,

Plaintiff

v.

WASHOE COUNTY SHERIFF'S OFFICE, et al.,

Defendants

Case No.: 3:26-cv-00465-MMD-CSD

**Order**

The court screened Plaintiff's complaint on August 4, 2026, and directed the issuance of summons. (ECF No. 3.) The court also sent Plaintiff two USM-285 Forms and advised that he had thirty days within which to provide the completed forms to the U.S. Marshal for service of process. (*Id.*)

On November 4, 2026, Plaintiff requested the status of this case, advising that he had been recently transported to NNCC. (ECF No. 8.) The court entered an order in response. (ECF No. 10.) In its order, the court noted that Plaintiff had filed the USM-285 Forms with the court instead of sending them to the Marshal, and it therefore asked the Clerk of Court to forward the forms to the U.S. Marshal for service. (*Id.*) The order was returned as undeliverable. (ECF No. 11.)

/ / /

/ / /

/ / /

/ / /

Plaintiff has since updated his address. (ECF No. 13.) The Clerk of Court is therefore asked to **SEND** Plaintiff a copy of the court's order of November 9, 2026, (ECF No. 10) at his current address of record.

**IT IS SO ORDERED**.

Dated: November 23, 2026

Craig S. Denney
United States Magistrate Judge